FEDERAL TERRA COTTA COMPANY, Appellant, *v.* POTTERTON BROTHERS, INCORPORATED, Respondent.

*Federal Terra Cotta Co. v. Potterton Bros., Inc.,* 172 App. Div. 705, affirmed.

(Argued November 20, 1918; decided December 10, 1918.)

APPEAL from a judgment entered May 29, 1916, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling plaintiffs' exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment in favor of defendant dismissing the complaint. The action was to recover the value of certain terra cotta, which plaintiff had manufactured under a written contract with defendant. The defense was failure of performance within the time fixed by the contract.

*William W. Niles* and *Madison Grant* for appellant. *Joab H. Banton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.